ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/25

---

ALLE PROCESSING CORP.,
                    Plaintiff,

    - against -

MSC MEDITERRANEAN SHIPPING COMPANY S.A.,
                    Defendant.

24 Civ. 05604 (LLS)

ORDER

---

    Defendant MSC Mediterranean Shipping Company S.A. ("MSC") seeks leave to make (1) a motion for partial summary judgment pursuant to Federal Rule of Civil Procedure 56, and (2) a discovery protective order pursuant to Federal Rule of Civil Procedure 26(c). (Dkt. Nos. 28, 31). For the reasons explained in the conference held on September 10, 2025, the Court will not at this point grant a discovery protective order, but it will permit summary judgment briefing. Summary judgment briefs should be submitted in accordance with the local rules of this Court.

    The Court clarifies that plaintiff's memorandum in opposition to the proposed application for summary judgment may be as short as a single paragraph, but it may also reserve the presentation of a full response, or make a full response then, at its option.

    SO ORDERED.

Dated:    New York, New York
           September 10 2025

                                    Louis L. Stanton
                                    LOUIS L. STANTON
                                        U.S.D.J.