ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/26

ALLE PROCESSING CORP.,

       Plaintiff,

  - against -

MSC MEDITERRANEAN SHIPPING COMPANY
(USA), INC.,

       Defendant.

24 Civ. 5604 (LLS)

ORDER

  The parties are directed to appear at a status conference on June 18, 2026 at 2:30 pm in courtroom 21C to provide an update on the status of the pre-trial order. The pre-trial order shall be filed by July 7, 2026, in accordance with the Scheduling Order for this case. (Dkt. No. 20). The parties should also be prepared to discuss scheduling a final pre-trial conference and trial. A sample pre-trial order and comprehensive list of pre-trial procedures can be found in my Individual Practices.

So ordered.

Dated: New York, New York
   June 4, 2026

            Louis L. Stanton

            LOUIS L. STANTON
             U.S.D.J.